William A. Sarraille (SBN 144122)
wsarraille@sidley.com
**SIDLEY AUSTIN LLP**
1501 K. Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8195
Facsimile: (202) 736-8711

**MADE JS-6**

Joshua E. Anderson (SBN 211320)
janderson@sidley.com
Brent L. Nichols (SBN 245606)
bnichols@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**Attorneys for Defendants Tibotec Therapeutics and Centocor Ortho Biotech Products L.P.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AIDS HEALTHCARE FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>TIBOTEC THERAPEUTICS; CENTOCOR ORTHO BIOTECH PRODUCTS L.P.; and DOES 1-10,<br><br>Defendants. | Case No. CV 10-09848 GW (FMOx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

1  THIS COURT, having reviewed the parties' Stipulation for Dismissal of Action Without Prejudice, and having found that the requirements set forth in Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for voluntary dismissal of the above-captioned action have been met, now therefore,

IT IS HEREBY ORDERED that the above-captioned action be dismissed in its entirety without prejudice, with each party to bear its own costs and attorneys' fees.

The status conference scheduled for May 23, 2011 in this matter is VACATED.

**IT IS SO ORDERED**

Dated: April 7, 2011              _____
                                  GEORGE H. WU, U.S. District Judge